IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NORDBOEN SHIPPING LTD.** | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 24-CV-684-MJM |
| **M/V BULK SPENCER**, her engines, machinery, tackle and appurtenances, etc. *in rem* | * * | |
| and | * | |
| **BULK SPENCER NAVIGATION LTD.** *in personam* | * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion of Plaintiff for an Order Appointing Substitute Custodian, it is this __7th__ day of March, 2024, by the United States District Court for the District of Maryland

**ORDERED**, that the United States Marshal of the United States District Court for the District of Maryland be and hereby is authorized and directed upon his arrest and seizure of the M/V BULK SPENCER (IMO No. 9461269), her machinery, tackle and appurtenances, etc. (the "Vessel"), pursuant to the Warrant for Arrest issuing in this case, to surrender the possession thereof to the substitute custodian named herein, and that upon such surrender, the United States Marshal shall be discharged from his duties and responsibilities for the safekeeping of the Vessel;

**ORDERED**, that the Master of the M/V BULK SPENCER or Owner's representative be and hereby is appointed the substitute custodian of the Vessel to retain the same in his custody for

possession and safekeeping;

**ORDERED**, in consideration of the Court's appointment of the Master of the M/V BULK SPENCER or Owner's representative as substitute custodian, Plaintiff agrees to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the Vessel from the time the U.S. Marshal transfers possession of said Vessel over to the substitute custodian, and the Plaintiff further agrees to hold harmless and to indemnify the United States and the Marshal from any and all claims whatsoever arising out the substitute custodian's possession and safekeeping of the Vessel;

**ORDERED**, the United States Marshal shall provide liability insurance for the Vessel out of the security deposit furnished by Plaintiff;

**ORDERED**, said substitute custodian shall retain the Vessel in his custody, possession and safekeeping until further Order of this Court;

**ORDERED**, the Vessel's cargo may be discharged and the Vessel may be moved with the permission of the Marshal to other berths or anchorages within this judicial district at no cost to the Plaintiff, so long as the Vessel stays within this judicial district.

_____
Judge, United States District Court for the District of Maryland
Matthew J. Maddox